# Murray E. Singer

Attorney at Law

14 Vanderventer Avenue  
Suite 147  
Port Washington, New York 11050  
email: msingerlaw@gmail.com

tel: (516) 869-4207  
fax: (516) 706-7085  
mobile: (516) 662-4950

October 13, 2021

Hon. Kiyo Matsumoto  
United States District Judge  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

Re: US v. Corbett et al  
20-CR-213

Your Honor:

    I represent Marlon Bristol in the above-referenced matter. I am writing to inform the Court that Marlon Bristol joins in the narrowed scope of Qawon Allen's motion filed under Docket Entry 159.

Very truly yours,

/s/  
Murray Singer

cc: Counsel for the Government by ECF  
All counsel by ECF