**Murray E. Singer**
Attorney at Law

14 Vanderventer Avenue  
Suite 147  
Port Washington, New York 11050  
email: msingerlaw@gmail.com

tel: (516) 869-4207  
fax: (516) 706-7085  
mobile: (516) 662-4950

March 15, 2022

Hon. Kiyo Matsumoto  
United States District Judge  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

Re:   US v. Corbett et al  
        20-CR-213

Your Honor:

I represent Marlon Bristol in the above-referenced matter. I am writing to pursuant to the Court's March 11, 2022 Order to indicate that, on behalf of Marlon Bristol, we consent to the exclusion of time under the Speedy Trial Act to April 29, 2022 to prepare motions in limine.

I apologize to the Court for the late filing of this letter. I had intended for it to be filed yesterday morning, but it got lost in the shuffle as I was leaving the New York area for the week.

Thank you very much for your forebearance and your consideration.

Very truly yours,

/s/  
Murray Singer

cc:   Counsel for the Government by ECF  
        All counsel by ECF