### Murray E. Singer
Attorney at Law

14 Vanderventer Avenue                   tel: (516) 869-4207
Suite 147                   fax: (516) 706-7085
Port Washington, New York 11050                   mobile: (516) 662-4950
email: msingerlaw@gmail.com

**BY ECF**                   April 23, 2022

Hon. Kiyo Matsumoto
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     <u>US v. Marlon Bristol</u>
         20-CR-213

Your Honor:

      I represent Marlon Bristol in the above-referenced matter. I am writing pursuant to this Court's April 22, 2022 Scheduling Order to advise the Court that I am actively engaged in plea negotiations with the government on Marlon Bristol's behalf. I join the Letter Motion filed by counsel for Qawon Allen to modify the schedule for the filing of motions in limine, and consent to the exclusion of time from April 29, 2022 to May 20, 2022.

      Thank you very much for your consideration.

                                                                   Very truly yours,

                                                                   /s/
                                                                   Murray Singer

cc:     Counsel for the Government by ECF
         All counsel by ECF